NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| CHARLES R. TAYLOR and CONNIE D. TAYLOR, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | Case No. 2D18-633 |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR BANC OF AMERICA FUNDING 2008-FT1 TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-FT1; BANK OF AMERICA, N.A.; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Appellees. | ) ) ) | |

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Charlotte County; Lisa S. Porter, Judge.

Gregg Horowitz, Sarasota, for Appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman

LLP, Fort Lauderdale; Celia C. Falzone of
Akerman LLP, Jacksonville; and David A.
Karp of Akerman LLP, Tampa, for Appellee
U.S. Bank National Association as Trustee
For Banc of America Funding 2008-FT1
Trust Mortgage Pass-Through Certificates
Series 2008-FT1.

No appearance for the remaining Appellees.


PER CURIAM.


Affirmed.


VILLANTI, MORRIS, and BLACK, JJ., Concur.